NO. 07-05-0032-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

MARCH 7, 2005

_____

GREGG McCAIN, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE 64TH DISTRICT COURT OF HALE COUNTY;

NO. A15819-0412; HONORABLE ROBERT W. KINKAID, JR., JUDGE

_____

Before REAVIS AND CAMPBELL, JJ. and BOYD, S.J.[1]

**MEMORANDUM OPINION**

Pending before this Court is appellant Gregg McCain's request to withdraw his notice of appeal as premature and dismiss the appeal pending a ruling on his motion for

_____

[1]John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment.

new trial.  As required by Rule 42.2(a) of the Texas Rules of Appellate Procedure, appellant

has personally signed the withdrawal.  Counsel for appellant has also signed the document.

Accordingly, the appeal is dismissed.

Don H. Reavis
Justice